IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUMITOMO CORPORATION OF AMERICAS<br>Plaintiff, | § § § | |
| v. | § § | C.A. NO. 4:23-cv-4584<br>Admiralty Rule 9(h) |
| M/V THOR FEARLESS, her engines, tackle, boilers, etc. *in rem*, | § § § | |
| v. | § § | |
| THORESON SHIPPING SINGAPORE PTE. LTD.; SINOMAR SHIPPING CO., LTD; SHRODER MARINE SERVICES, INC., COOPER/PORTS AMERICA LLC<br>Defendants. | § § § § § | |

## ORDER

Plaintiff has announced that this case has been settled with all defendants, permitting dismissal of this action against the remaining parties, Cooper / Ports America LLC and Schroder Marine Services Ltd. with prejudice, and terminating this case on the docket.

Therefore, it is Ordered that Plaintiff's causes of action against Cooper / Ports America LLC and Schroder Marine Services Ltd. are dismissed with prejudice, with costs and attorney's fees taxed to the party incurring them.

This case *is dismissed with prejudice in its entirety*.

Signed this 22nd day of Aug 2024.

_____
UNITED STATES DISTRICT JUDGE